IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | BANKRUPTCY CASE |
| | } | |
| VALERIE A. WELLS | } | NO. 12-10451 |
| 306 TIMBER LANE | } | |
| ALBANY, GEORGIA  31705 | } | |
| SOCIAL SECURITY NO.:  XXX-XX-7972 | } | |
| | } | |
| Debtor. | } | CHAPTER 13 PROCEEDING |
| VS. | } | |
| | } | |
| MICHAEL GORDON | } | |
| Respondent. | } | |

## WITHDRAWAL OF MOTION TO AVOID JUDGMENT LIEN

I hereby withdraw debtors' Motion to Avoid Lien for Michael Gordon filed on April 3, 2012 without prejudice.

The undersigned certifies that opposing counsel has been advised of this withdrawal.

This 25th day of April, 2012.

CUSTER, CUSTER & CLARK, LLC

/s/ Heather B. Taylor
Heather B. Taylor
State Bar No.: 700227
Attorney for Debtors
P. O. Box 605
Albany, Georgia 31702
(229) 888-1105

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | BANKRUPTCY CASE |
| | } | |
| VALERIE A. WELLS, | } | NO. 12-10451 |
| | } | |
| Debtor. | } | CHAPTER 13 PROCEEDING |
| VS. | } | |
| | } | |
| MICHAEL GORDON, | } | |
| | } | |
| Respondent. | } | |

## CERTIFICATE OF SERVICE

I, Heather B. Taylor, attorney for Valerie A. Wells, hereby certify that I have this date served the below listed parties with a true and exact copy of the Withdrawal of Motion to Avoid Lien by depositing it in the United States Mail with adequate postage attached hereto:

- Michael Gordon, 429 High Point St., Randleman, NC 27317
- Secretary of State, 2 MLK Jr. Dr. Ste. 315 West Tower, Atlanta, GA 30334
- Dept. of Homeland Security c/o USDA National Finance Center Payroll, P.O. Box 60000, New Orleans, LA 70160
- Donald E. Strickland, P.O. Box 750, Albany, GA 31702
- Dougherty County Superior Court, P.O. Box 1827, Albany, GA 31702
- Valerie A. Wells, 306 Timber Lane, Albany, GA 31702
  Kristin Hurst, Trustee, P. O. Box 1907, Columbus, GA 31902

This 25th day of April, 2012.

/s/ Heather B. Taylor
Heather B. Taylor